Joseph Lavi, Esq. (SBN 209776)
Email: jlavi@lelawfirm.com
Vincent C. Granberry, Esq. (SBN 276483)
Email: vgranberry@lelawfirm.com
Garrett Howe, Esq. (SBN 350007)
Email: ehowe@lelawfirm.com
**LAVI & EBRAHIMIAN, LLP**
8889 W. Olympic Boulevard, Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001

Attorneys for Plaintiff GABRIELA DE LA ROSA SANCHEZ

Daniel B Chammas (SBN 204825)
dchammas@fordharrison.com
Min K. Kim (SBN 305884)
mkim@fordharrison.com
**FORD & HARRISON LLP**
350 South Grand Avenue, Suite 2300
Los Angeles, California 90071
Tel: (213) 237-2400 / Fax: (213) 237-2401

Attorneys for Defendant,
DOLEX DOLLAR EXPRESS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GABRIELA DE LA ROSA SANCHEZ,<br><br>Plaintiff,<br><br>v.<br><br>DOLEX DOLLAR EXPRESS, INC.; and DOES 1 to 100, inclusive,<br><br>Defendant. | Case No. 2:23-cv-05848-MEMF-AS<br><br>Hon. Maame Ewusi-Mensah Frimpong, District Judge<br><br>**JOINT STIPULATION TO DISMISS THIS ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint Filed: April 12, 2023<br>Removal Date: July 19, 2023 |

**JOINT STIPULATION TO DISMISS THIS ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

1  Plaintiff Gabriela De La Rosa Sanchez ("Plaintiff") and Defendant Dolex Dollar
2  Express Inc. ("Defendant") (together, the "Parties"), by and through their respective
3  counsel, hereby stipulate and agree as follows:
4  **WHEREAS**, on April 12, 2023, Plaintiff filed a Class Action Complaint for
5  Damages against Defendant in the action entitled *Gabriela De La Rosa Sanchez v.*
6  *Dolex Dollar Express, Inc.*, Los Angeles County Superior Court, Case No.
7  23STCV08139 ("Action");
8  **WHEREAS**, on July 19, 2023, Defendant removed the Action to this Court and
9  was assigned Case No. 2:23-cv-05848-MEMF-AS;
10  **WHEREAS**, on February 7, 2024, the Parties attended mediation, which resulted
11  in a global settlement of the Action and the following cases:

    i) *Jessica I. Cornejo v. Dolex Dollar Express, Inc.*, United Stated District Court, Central District of California, Case No. 2:22-cv-05565-MEMF-AS;

    ii) *Alma Garcia v. Dolex Dollar Express, Inc.*, United States District Court, Central District of California, Case No. 2:23-cv-02013-MEMF-AS;

    iii) *Roman Ramirez Gallegos v. Dolex Dollar Express, Inc.*, Los Angeles County Superior Court, Case No. 23STCV21872 ("*Gallegos* Class Action"); and

    iv) *Roman Ramirez Gallegos v. Dolex Dollar Express, Inc.*, Los Angeles County Superior Court, Case No. 23STCV28299.

**WHEREAS**, on September 13, 2024, as part of the global settlement, an amended complaint was filed in the *Gallegos* Class Action, which added Plaintiff as a named plaintiff as well as her claims asserted in the Action;

**WHEREAS**, the Parties have agreed to dismiss this Action without prejudice;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties as follows:

1. The above-entitled Action shall be dismissed without prejudice;
2. Except as set forth in the settlement agreement agreed to between the Parties, all Parties will bear their own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated: September 18, 2024           **BLACKSTONE LAW, APC**

*/s/ Garrett Howe*
Joseph Lavi
Vincent C. Granberry
Garrett Howe

Attorneys for Plaintiff Gabriela De La Rosa Sanchez

Dated: September 18, 2024           **FORD & HARRISON LLP**

*/s/ Daniel B. Chammas*
Daniel B. Chammas
Min K. Kim

Attorneys for Defendant Dolex Dollar Express, Inc.

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)**

Pursuant to Local Rule 5-4.3.4(a)(2), I certify that all other signatories listed, and on whose behalf this filing is submitted, concur in the document's content and have authorized me to affix their electronic signature on this document.

Dated: September 18, 2024

*/s/ Garrett Howe*
Garrett Howe

Attorneys for Plaintiff
GABRIELA DE LA ROSA SANCHEZ